## PATRICIA FAHEY *v.* SENTERLINE CONSTRUCTION COMPANY ET AL.
### (AC 27301)

Flynn, C. J., and Schaller and McLachlan, Js.

Argued October 11—officially released November 7, 2006

Per Curiam. The judgment is affirmed.

## REGINA SANCHEZ *v.* JOSE SANCHEZ
### (AC 26321)

Bishop, DiPentima and Peters, Js.

Argued October 11—officially released November 7, 2006

Per Curiam. The judgment is affirmed.

## ROBERT HAIR *v.* COMMISSIONER OF CORRECTION
### (AC 26507)

Flynn, C. J, and Lavine and Dupont, Js.

Argued October 19—officially released November 7, 2006

Per Curiam. The appeal is dismissed.